Matt Singer
Lee C. Baxter
HOLLAND & KNIGHT LLP
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99502
Telephone: (907) 263-6300
Facsimile: (907) 263-6345
matt.singer@hklaw.com
lee.baxter@hklaw.com

Attorneys for Defendant Condor Flugdienst GmbH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MALCOLM G. RAY, an individual, Alaska, USA; and on behalf of all those similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CONDOR FLUGDIENST GmbH, Germany;<br>Mr. Ralf Teckentrup, Director;<br>Mr. Uwe Balser, Director Operations;<br>Ms. Verna Schreiber, Legal Counsel for Condor Flugdienst GmbH,<br><br>　　　　　Defendant. | Case No. 3:17-cv-00023-TMB |

## DEFENDANTS' MOTION TO DISMISS PURSUANT TO COURT'S ORDER ON OUTSTANDING MOTIONS (DOC. 27)

Defendant Condor Flugdienst GmbH ("Condor") hereby moves the Court to dismiss Plaintiff's lawsuit in its entirety for lack of service in compliance with the Hague Service Convention.

On April 14, 2017, this Court stated:

> To date, Ray has failed to make a prima facie showing of valid service. The Court gives Ray until May 22, 2017 to perfect service on defendants so that service complies with the Hague Service Convention and Federal Rule of Civil Procedure 4(f). **If Ray fails to perfect service on or before May 22, 2017 this case will be dismissed without prejudice.**[1]

A review of the docket shows that Plaintiff has not filed any proof of valid service since the Court's Order dated April 14, 2017. Condor has not received any service related to this case since the Court's Order dated April 14, 2017.

Because Plaintiff has not made a prima facie showing of valid service under the Hague Service Convention, Defendant requests the Court dismiss this case. A proposed order granting this motion is attached for the Court's convenience.

Respectfully submitted this 24th day of May, 2017.

HOLLAND & KNIGHT LLP
*Attorneys for Defendant*
*Condor Flugdienst GmbH*

s/ Lee C. Baxter
Matt Singer
Alaska Bar No. 9911072
Lee C. Baxter
Alaska Bar No. 1510085
601 W. Fifth Avenue, Suite 700
Anchorage, Alaska 99502
Telephone: (907) 263-6300
Facsimile: (907) 263-6345
matt.singer@hklaw.com
lee.baxter@hklaw.com

---

[1] Docket 27 at 1 (emphasis added).

HOLLAND & KNIGHT LLP
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

## CERTIFICATE OF SERVICE

I certify that on May 24, 2017, a copy of the foregoing *Defendant's Motion to Dismiss Pursuant to Court's Order on Outstanding Motions (Doc. 27)* was mailed, by first-class mail, postage prepaid and properly addressed, to the following:

Malcolm Ray
22625 Lake Hill Drive
Chugiak, Alaska 99567

s/ *Lee Baxter*

HOLLAND &
KNIGHT LLP
601 West Fifth Avenue
Suite 700
Anchorage, AK 99501
Phone: (907) 263-6300
Fax: (907) 263-6345

Defendants' Motion to Dismiss
*Ray v. Condor Flugdienst GmbH & Schreiber*, Case No. 3:17-cv-00023-TMB

3 of 3

Case 3:17-cv-00023-TMB   Document 28   Filed 05/24/17   Page 3 of 3