IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MALCOLM G. RAY, an individual, ALASKA USA, and on behalf of all those similarly situated<br><br>    Plaintiffs,<br> vs.<br><br>CONDOR FLUGDIENST GmbH, Germany;<br>Mr. Ralf Teckentrup, Director;<br>Mr. Uwe Balser, Director Operations;<br>Ms. Verna Schreiber, Legal Counsel for Condor Flugdienst GmbH,<br><br>    Defendants. | Case No. 3:17-cv-00023-TMB |

## ORDER ON OUTSTANDING MOTIONS

On April 14, 2017, the Court gave self-represented Plaintiff Malcolm G. Ray additional time to perfect service and delayed ruling on Defendant Condor Flugdienst GmbH's Motion to Dismiss at Docket 8.[1] Ray was given notice that if he failed "**to perfect service on or before May 22, 2017 this case will be dismissed without prejudice.**"[2]

Condor now moves to dismiss this case pursuant to this Court's order, and represents that it has not received any additional service.[3] The Court takes judicial notice that, to date, Ray has not made any additional filings relating to service on the Defendants.[4] Instead, Ray has only filed

---

[1] *See* Dkt. 27.

[2] *Id.* at 1.

[3] Dkt. 28; Dkt. 28-1 at 2.

[4] Judicial notice is the "court's acceptance, for purposes of convenience and without requiring a party's proof, of a well-known and indisputable fact; the court's power to accept such a fact." *Black's Law Dictionary* (10th ed. 2014). *See* D.Ak. L.R. 7.1(c)(2).

a frivolous document entitled both "**COMPLAINT FOR DAMAGES** Breach of Contract; Negligence; Fraud" and "**JUDICIAL CONDUCT**."[5]

**IT IS THEREFORE ORDERED:**

1. The Motion at Docket 28 is GRANTED.

2. All other outstanding motions are DENIED as MOOT.

3. This case is DISMISSED WITHOUT PREJUDICE.

DATED at Anchorage, Alaska, this 6th day of July, 2017.

/s/ Timothy M. Burgess
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

---

[5] Dkt. 29 (emphasis as in original).