IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MALCOM G. RAY,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>CONDOR FLUGDIENST GmbH, et al,<br><br>　　　　　　　Defendants. | Case No. 3:17-cv-00023-TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

　　___　**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

　　_X_　**DECISION BY COURT**.  This action came to the Court.  The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that this case is dismissed.

APPROVED:

　s/TIMOTHY M. BURGESS
　　**TIMOTHY M. BURGESS**
　　United States District Judge

| | |
|---|---|
| July 19, 2017 | LESLEY K. ALLEN |
| Date | Clerk of Court |

Jmt - TMB CV- rev. 9-21-16